## 50692. WORTHINGTON FINANCIAL SERVICES, INC. v. IVEY et al.

PANNELL, Presiding Judge.

The appellant having been ordered to file a brief and enumeration of errors in accordance with Rule 14 (a) of this court, and appellant having failed to do so, the appeal is dismissed.

*Appeal dismissed. Quillian and Clark, JJ., concur.*